# EXHIBIT 4

# Nassau County Police Department

LAURA CURRAN
COUNTY EXECUTIVE

1490 Franklin Avenue
Mineola, New York 11501
(516) 573-8800

PATRICK J. RYDER
COMMISSIONER

February 15, 2019

**Via Certified Mail, Return Receipt Requested**

Mr. Robert J. La Reddola, Esq.
600 Old Country Road
Suite 230
Garden City, New York 11530

      Re:    Revocation Pistol License Number HG521082009

Dear Mr. La Reddola:

      On August 31, 2017, your client Peter Fusco's Nassau County pistol license was revoked. Mr. Fusco was advised that as a result of the adverse determination, he was prohibited from possessing firearms, rifles and/or shotguns at the time of revocation and was required to surrender any handguns, rifles and/or shotguns in his possession to the Pistol License Section. This directive was in conformity with New York State Penal Law ("NYSPL") §400.00(11)(c), which states the following:

> In any instance in which a person's license is suspended or revoked under paragraph (a) or (b) of this subdivision, **such person shall surrender such license to the appropriate licensing official and any and all firearms, rifles, or shotguns owned or possessed by such person shall be surrendered to an appropriate law enforcement agency** as provided in subparagraph one of subdivision a of section 265.20 of this chapter. (Emphasis added).

      Mr. Fusco thereafter appealed the revocation of his pistol license. After review by the Appeals Officer and the Commissioner of Police, the adverse determination was upheld. Pursuant to the Pistol License Section Handbook, Chapter 1, Section I(7), entitled "Re-application After Revocation," Mr. Fusco must wait a minimum of five (5) years from the date of revocation before re-applying for a pistol license. Prior to re-application and issuance of a new pistol license by the Pistol License Section, Mr. Fusco is prohibited from possessing handguns pursuant to NYSPL §265.01-b.

      As previously stated, at the time of revocation, Mr. Fusco was prohibited from possessing rifles and/or shotguns and was to surrender any such weapons to the Pistol License Section in accordance with NYSPL §400.00(11). Pursuant to New York State and Federal law, Mr. Fusco cannot possess rifles and/or shotguns if a legal impediment exists prohibiting such possession.

Mr. La Reddola, Esq.
Garden City, New York 11530
Page 2 of 2

Subject:  Mr. Fusco's Ownership of Long Arms

Please be advised the Pistol License Section is unaware of any such legal impediment prohibiting Mr. Fusco from possessing rifles and/or shotguns.

Sincerely,

John Tartamella
Sergeant
Deputy Commanding Officer
Pistol License Section