UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

PETER FUSCO

                                Plaintiff,

      -against-

COUNTY OF NASSAU,
NASSAU COUNTY POLICE DEPARTMENT,          Case No.: 19-cv-04771 DRH)(AKT)
NASSAU COUNTY POLICE COMMISSIONER
PATRICK RYDER, CHRISTOPHER V. TODD, ESQ.,
individually and in his official capacity, "JOHN DOE
#1 - 3", individually and in his official capacity, "JANE DOE    **NOTICE OF REJECTION**
# 1 - 3", individually and in her official capacity,                       **OF DEFENDANTS'**
the last three names being fictitious and unknown                   **VERIFIED ANSWER**
to the plaintiff, but intended to designate parties
with an interest and knowledge of in the facts herein,

                                Defendants.

------------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that, Plaintiff, by their undersigned attorneys, hereby reject the Verified Answer Defendants County of Nassau, Nassau County Police Department, Patrick Ryder and Christopher V. Todd, Esq. ("collectively the "County Defendants"), dated September 13, 2022 [ECF Doc. No. 68], pursuant to Rule 12 of the Federal Rules of Civil Procedure as untimely. Defendants have failed to move under Rule 6 of the Federal Rules of Civil Procedure to extend its time to answer and thus Plaintiff reserves all rights available against defaulting defendants.

Dated: Garden City, New York
        September 16, 2022

                                                      LA REDDOLA, LESTER & ASSOCIATES, LLP

                                                         /s/ *Robert J. La Reddola*
                                           By: Robert J. La Reddola (RJL 6501)
                                           *Attorneys for Plaintiff*
                                           600 Old Country Road, Suite 230
                                           Garden City, New York 11530
                                           (516) 745-1951