# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER FUSCO,                                       19-CV-04771 (GRB)(JMW)

                                    Plaintiff,

- against -                                        **STIPULATION AND**
                                                                  **ORDER OF DISMISSAL**

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, NASSAU COUNTY
POLICE COMMISSIONER PATRICK RYDER,
and in his official capacity, "JOHN DOE #1 - 3",
individually and in his official capacity,
"JANE DOE # 1 - 3", individually and in
her official capacity, the last three names
being fictitious and unknown to the plaintiff,
but intended to designate parties with an
interest and knowledge of in the facts herein,

                                    Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for Plaintiff Peter Fusco, and counsel for the Nassau County Police Department, Patrick Ryder, Christopher V. Todd and yhe County of Nassau, its agencies, departments, officers, officials, agents and employees (the "County Defendants"), the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: April 2, 2023

ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF LA REDDOLA LESTER & ASSOCIATES, LLP

By: _____
     ROBERT J. LA REDDOLA, ESQ.
600 Old Country Road, Suite 230
Garden City, New York 11530
(516) 357-0056

9

ATTORNEY FOR DEFENDANTS:

THOMAS A. ADAMS, Nassau County Attorney

By: _____
    Ralph J. Reissman, Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3046