| BRUCE A. BLAKEMAN | | THOMAS A. ADAMS |
|---|---|---|
| County Executive |  | County Attorney |

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

October 19, 2023

<u>Via ECF</u>
Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    Re:   *Fusco v. County of Nassau, et al.,*
               <u>Case No. 19-CV-04771 (ERK)(JMW)</u>

Dear Magistrate Judge Wicks:

    This office represents defendants in the above referenced action. I am pleased to report that the parties have settled this action. The Stipulation of Dismissal was filed today on ECF as Docket Entry 86.

    As always, defendants thank Your Honor for your attention and consideration in this matter.

                                                Respectfully submitted,

                                                /s/ Ralph J. Reissman
                                                RALPH J. REISSMAN

cc: (Via ECF) Robert La Reddola, Esq.
     Attorney for Plaintiffs